UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-81637

OTIS LOWERY,

    Plaintiffs,

v.

THE AUTO CLUB GROUP, INC.
d/b/a AAA AUTO CLUB GROUP,

    Defendant.

_____

## JOINT REPORT REGARDING SETTLEMENT CONFERENCE

Pursuant to this Court's Order [DE23], the parties counsel met in person on January 3, 2017, and state the parties have not settled and will continue abiding by the deadlines set forth in the Court's Pretrial Scheduling Order. The parties will, however, continue settlement discussions as this case progresses and shall promptly notify the Court in the event such efforts are successful.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2017, that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Gina Cadogan*
GINA MARIE CADOGAN, Esq. (Fla. Bar: 177350)
Gina M. Cadogan, PA
300 S. Pine Island Road, Ste. 107
Plantation, FL 33324
Tel: 954.606.5891
Fax: 877.464.7316
Email Address: gina@cadoganlaw.com

## SERVICE LIST
*Otis Lowery v. Auto Club Services, Inc.*
CASE NO. 9:16-cv-81637

Christine E. Howard, Esq.
Fisher & Phillips, LLP
101 East Kennedy Blvd., #2350
Tampa, FL 33602
choward@fisherphillips.com
*[CM/ECF]*


Candice Pinares-Baez
Fisher & Phillips, LLP
450 East Las Olas Boulevard, Suite 800
Ft. Lauderdale, FL 33301
Cpinares-baez@fisherphillips.com
*[CM/ECF]*